IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JOSEPH C. ANDERSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | CIVIL ACTION NO. 7:05-CV-135 (HL) |
| SECURED HEALTH CARE SERVICES, INC; LOWNDES COUNTY SHERIFF'S DEPARTMENT, | : : : : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

Plaintiff **JOSEPH C. ANDERSON**, an inmate at the Lowndes County Jail in Valdosta, Georgia, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He also seeks leave to proceed without prepayment of the $250.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

Plaintiff has failed to submit the standard 42 U.S.C. § 1983 forms that are required by the Court. Moreover, although plaintiff seeks leave to proceed *in forma pauperis*, he failed to provide the Court with a certified copy of his trust fund account statement for the last six months. Hence, the Court does not have sufficient information to determine the average monthly deposits or the average monthly balance in plaintiff's prison trust account for the past six months as required by 28 U.S.C. § 1915.

Accordingly, plaintiff is instructed to complete the attached 42 U.S.C. § 1983 form. Plaintiff is advised that he must comply with Rule 8 of the FEDERAL RULES OF CIVIL PROCEDURE, which requires a civil complaint filed in this Court to set forth "a short and plain statement of the claim

showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks." Additionally, plaintiff must provide the Court with a certified copy of his trust fund account statement for the last six months.

Plaintiff is also advised that entities such as the Lowndes County Sheriff's Department are not subject to suit. *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). Plaintiff should name individual defendants and tell, in a **brief** statement, how each such defendant deprived him of any rights or privileges secured by the Constitution of the United States.

Plaintiff shall have until **April 17, 2006** to provide the aforementioned information. Failure to comply with this Order may result in the dismissal of plaintiff's complaint.

The Clerk of Court is directed to forward a 42 U.S.C. § 1983 complaint form to plaintiff.

There shall be no service of process on any defendant until further Order of the Court.[1]

**SO ORDERED**, this 16th day of March, 2006 .

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb

---

[1] Plaintiff filed a "Motion to Waive Filing Fees/Motion for Service on all Parties" (Tab 2). The Court will determine who, if anyone, to serve after plaintiff has complied with this Order and after the Court has conducted a frivolity review under 28 U.S.C. 1915A. Therefore, to the extent that plaintiff is currently seeking to have any defendants served, this motion is **DENIED**.