IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSEPH C. ANDERSON, | : |
| Plaintiff | : |
| VS. | : |
| SECURED HEALTH CARE SERVICES, INC.; LOWNDES COUNTY SHERIFF'S DEPARTMENT, | : |
| Defendants | : CIVIL ACTION NO. 7:05-CV-135 (HL) |

## **ORDER**

Plaintiff **JOSEPH C. ANDERSON**, a pre-trial detainee at the Lowndes County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff also sought leave to proceed without prepayment of the $250.00 filing fee. However, plaintiff failed to file with the Court a certified copy of his prison trust fund account statement for the last six months, which is required by 28 U.S.C. § 1915.

On March 16, 2006, the Court issued an Order giving plaintiff until April 17, 2006 to submit a certified copy of his trust fund account statement. The Court expressly informed plaintiff that failure to comply with the Court's directive may result in the dismissal of plaintiff's action.

Plaintiff still failed to forward a certified copy of his trust fund account statement to the Court. Therefore, on April 20, 2006, the Court ordered plaintiff to show cause why his case should not be dismissed for failure to provide the requested information.

Plaintiff has failed to respond to this Order to Show Cause. Because of his failure to comply with the Court's instructions, plaintiff's action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 11th day of May, 2006.

                                                    **s/   Hugh Lawson**
                                                    HUGH LAWSON, JUDGE